**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


FREDA FINLEY                                                        PLAINTIFF

v.                                    4:05CV00863-WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                           DEFENDANT


                              **JUDGMENT**


        Pursuant to the Order filed in this matter this date, it is

Considered, Ordered and Adjudged that the decision of the

Commissioner is affirmed and that Plaintiff's complaint is

dismissed with prejudice.

        IT IS SO ORDERED.

        DATED this 10th day of July, 2006.




                                /s/Wm. R. Wilson, Jr.
                         UNITED STATES DISTRICT JUDGE